CLOSED,JURY

# U.S. District Court
## Southern District of Ohio (Cincinnati)
## CIVIL DOCKET FOR CASE #: 1:26−cv−00523−DRC

| | |
|---|---|
| ABC IP LLC et al v. Olde English Gun Shoppe Inc et al | Date Filed: 05/27/2026 |
| Assigned to: Judge Douglas R. Cole | Date Terminated: 07/27/2026 |
| Cause: 35:271 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ABC IP, LLC**
*a Delaware limited liability company*

represented by **Glenn Dean Bellamy**
Wood, Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513−241−2324
Fax: 513−241−6234
Email: gbellamy@whe−law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc**
*a Texas corporation*

represented by **Glenn Dean Bellamy**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Olde English Gun Shoppe Inc.**
*an Ohio Corporation*
*doing business as*
Old English Outfitters

represented by **Richard Lines Carr , Jr.**
Auman, Mahan & Furry
10100 Innovation Drive
Suite 200
Miamisburg, OH 45342−4968
937−281−2627
Fax: 937−223−8550
Email: rlc@amfdayton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sergey Vernyuk**
Emerson Thomson Bennett, LLC
1914 Akron−Peninsula Rd.
Akron, OH 44313
330−434−9999
Fax: 330−434−8888
Email: sv@etblaw.com
*ATTORNEY TO BE NOTICED*

**John M Skeriotis**

John M. Skeriotis
1914 Akron Peninsula Road
Akron, OH 44313
330–434–9999
Fax: 3304348888
Email: jms@etblaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Evan English**                                     represented by   **Richard Lines Carr , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sergey Vernyuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M Skeriotis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Evan English**                                     represented by   **Sergey Vernyuk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M Skeriotis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Olde English Gun Shoppe Inc.**                     represented by   **Sergey Vernyuk**
*an Ohio Corporation*                                (See above for address)
*ATTORNEY TO BE NOTICED*

**John M Skeriotis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**ABC IP, LLC**                                      represented by   **Glenn Dean Bellamy**
*a Delaware limited liability company*               (See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Rare Breed Triggers, Inc**                         represented by   **Glenn Dean Bellamy**
*a Texas corporation*                                (See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2026 | Ï 1 | COMPLAINT with JURY DEMAND against All Defendants ( Filing fee $ 405 paid – receipt number: AOHSDC–11058552), filed by ABC IP LLC, Rare Breed Triggers, Inc. (Attachments: # 1 Exhibit A– Patent 247, # 2 Exhibit B– Patent 784, # 3 Exhibit C– Patent 538, # 4 Exhibit D– Patent 159, # 5 Exhibit E– Patent 403, # 6 Civil Cover Sheet, # 7 Summons Form, # 8 Summons Form) (Bellamy, Glenn) (Entered: 05/27/2026) |
| 05/27/2026 | Ï 2 | Corporate Disclosure Statement by Plaintiffs ABC IP LLC, Rare Breed Triggers, Inc. (Bellamy, Glenn) (Entered: 05/27/2026) |
| 05/28/2026 | Ï | CLERK'S NOTICE: In accordance with Federal Rule of Civil Procedure 73 and 28 U.S.C. 636(c), the parties are notified that if all parties consent, a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. The form may be accessed at the following link: AO–085. The consent form should be filled out, signed and filed electronically **only if all** parties wish to consent. You may withhold your consent without adverse substantive consequences. **Do NOT return or file the consent form unless all parties have signed the consent**. (jmt) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 3 | Clerk's Notice of Non–Compliance Local Rule 5.1 (c): The Clerk's Office has reviewed your filing, docket 1 Complaint, and it appears that one or more of the PDFs are not text searchable and therefore is not in compliance with Local Rule 5.1 (c). You shall refile docket 1 Complaint as a text searchable document(s), linking the document back to the original entry within 24–hours. Non–Compliance Deadline due by 5/29/2026. (jmt) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 4 | Summons Issued as to Evan English, Olde English Gun Shoppe Inc. (jmt) (Entered: 05/28/2026) |
| 05/28/2026 | Ï | If this case is referred, it will be to Magistrate Judge Karen L. Litkovitz. (jmt) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 6 | Notice of Deficiency – **AO 120 Missing.** Deficiency Deadline by 6/11/2026. (jmt) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 7 | NOTICE by Plaintiffs ABC IP LLC, Rare Breed Triggers, Inc *AO 120* (Bellamy, Glenn) (Entered: 05/28/2026) |
| 05/28/2026 | Ï 8 | NOTICE by Plaintiffs ABC IP LLC, Rare Breed Triggers, Inc re 1 Complaint, (Attachments: # 1 Exhibit A– Patent 247, # 2 Exhibit B– Patent 784, # 3 Exhibit C– Patent 538, # 4 Exhibit D– Patent 159, # 5 Exhibit E– Patent 403, # 6 Civil Cover Sheet) (Bellamy, Glenn) (Entered: 05/28/2026) |
| 05/29/2026 | Ï 10 | Clerk's Notice of Non–Compliance Local Rule 5.1 (c): The Clerk's Office has reviewed your filing, docket 8 Notice (Other) and it appears that one or more of the PDFs are not text searchable and therefore is not in compliance with Local Rule 5.1 (c). You shall refile docket 8 Notice (Other) as a text searchable document(s), linking the document back to the original entry within 24–hours. Non–Compliance Deadline due by 6/1/2026. (jmt) (Entered: 05/29/2026) |
| 05/29/2026 | Ï 11 | NOTICE by Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc re 1 Complaint, (Attachments: # 1 Exhibit A– Patent 247, # 2 Exhibit B– Patent 784, # 3 Exhibit C– Patent 538, # 4 Exhibit D– Patent 159, # 5 Exhibit E– Patent 403, # 6 Civil Cover Sheet) (Bellamy, Glenn) (Entered: 05/29/2026) |
| 06/17/2026 | Ï 12 | NOTICE of Appearance by Richard Lines Carr, Jr for Defendants Evan English, Olde English Gun Shoppe Inc. (Carr, Richard) (Entered: 06/17/2026) |
| 06/18/2026 | Ï 13 | STIPULATION *for extension of time for DFs to respond to Complaint* by Defendants Evan English, Olde English Gun Shoppe Inc.. (Carr, Richard) (Entered: 06/18/2026) |
| 06/18/2026 | Ï | |

| | | | |
|---|---|---|---|
| | | | Reset Deadlines per <u>13</u> Stipulation: Evan English answer due 7/16/2026; Olde English Gun Shoppe Inc. answer due 7/16/2026. (kev) (Entered: 06/18/2026) |
| 06/19/2026 | Ï | 14 | SUMMONS Returned Executed as to Defendant Evan English. Evan English served on 6/18/2026, answer due 7/16/2026. (Bellamy, Glenn) (Entered: 06/19/2026) |
| 07/02/2026 | Ï | 15 | NOTICE by Plaintiffs ABC IP, LLC, Rare Breed Triggers, Inc (Attachments: # <u>1</u> Exhibit Attachment 1, # <u>2</u> Exhibit Attachment 2, # <u>3</u> Exhibit Attachment 3, # <u>4</u> Exhibit Attachment 4, # <u>5</u> Exhibit Attachment 5, # <u>6</u> Exhibit Attachment 6, # <u>7</u> Exhibit Attachment 7, # <u>8</u> Exhibit Attachment 8) (Bellamy, Glenn) (Entered: 07/02/2026) |
| 07/10/2026 | Ï | 16 | CONDITIONAL TRANSFER ORDER (CTO–4): This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Texas. Signed by the Clerk of the Panel on July 10, 2026. (er) (Entered: 07/10/2026) |
| 07/16/2026 | Ï | 17 | ANSWER to <u>1</u> Complaint, with Jury Demand , COUNTERCLAIM against All Plaintiffs filed by All Defendants. (Attachments: # <u>1</u> Exhibit 1: US Patent No. 7,398,723, # <u>2</u> Exhibit 2: Strbac Complaint) (Skeriotis, John) (Entered: 07/16/2026) |
| 07/27/2026 | Ï | 18 | CONDITIONAL TRANSFER ORDER (CTO–4): Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on MDL, this action is transferred to the Eastern District of Texas. Signed by the Clerk of the Panel on 7/10/2026; certified by the Clerk's Office from TXED on 7/27/2026. (er) (Entered: 07/27/2026) |
| 07/27/2026 | Ï | | Case transferred to District of Texas Eastern. Case file and docket sheet sent Electronically. (er) (Entered: 07/27/2026) |